IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                           NO. 19-CR-3113-JB

ROBERT PADILLA, a.k.a. "Fat Head,"
ROSE ANN ROMERO,
JOHNATHAN VIGIL, a.k.a. "Lil John,"
ROBERT HOCKMAN, a.k.a. "Tony,"
MARCOS RUIZ, a.k.a. "Mark,"
LUIS SANCHEZ, a.k.a. "Payaso,"
ASHLEY ROMERO,
TOMAS SANCHEZ, a.k.a. "T.J.,"
AMANDA SILVA,
SERGIO VALDEZ,
GENEVIVE ATENCIO, and
JANAYA ATENCIO,

    Defendant.

## ORDER GRANTING EXTENSION AND RESCHEDULING HEARING

THIS MATTER comes before the Court on Defendant Luis Sanchez's Stipulated Motion for Extension of Time to File Rule 16 discovery Motions and to Continue Scheduled Motion Hearing. [Doc. 213]. All Defendants joined this Motion and the Government did not oppose the requested relief. The Court, being advised that the United States and all other parties to this case do not oppose the extension, and being fully advised in the premises, finds that the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that the Motion is GRANTED, and Defendants shall file their Rule 16 Pretrial Motions no later than July 9, 2020 and the July 2, 2020 Discovery Motion hearing will be reset for the second week of August 2020 by the Court.

_____
DISTRICT COURT JUDGE