FILED

UNITED STATES DISTRICT COURT
ALBUQUERQUE

AO 442 (Rev. 08/14) Arrest Warrant

SEP 25 2024

MITCHELL R. ELFERS
CLERK

# UNITED STATES DISTRICT COURT
## for the
### District of New Mexico

UNITED STATES OF AMERICA )
        v. )
         )    Case No. 1084 1:19CR03113-006JB
_____Luis Sanchez_____ )
      *Defendant* )

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay (name of person to be arrested) Luis Sanchez

Also Known As: Sanchez, Luis F; Also Known As: Sanchez, Rudy; Also Known As: Sanchez, Luis Fernando; Also Known As: Luis, Sanchez; Also Known As: Payaso,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding       ☐ Information  ☐ Superseding Information  ☐ Complaint
          Indictment

☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation  ☐ Order of the
                                        Notice      Court

This offense is briefly described as follows: On September 15, 2024, the New Mexico State Police conducted a traffic stop on the defendant. The defendant was issued a citation for Speeding (Over by 16-20), in violation of NMSA 1978 Section 66-07-301. The defendant was traveling 94 Miles Per Hour (MPH) in a 75-MPH zone.

Date:   **9/24/2024**

                                     *Issuing Officer's signature*

City and state:  Albuquerque, NM

                   MITCHELL R. ELFERS, CLERK OF COURT
                             *Printed name and title*

| Return |
|---|
| This warrant was received on (date) _9/24/2024_ , and the person was arrested on (date) _9/25/2024_ at (city and state) _Albuquerque, NM_ . |

Date:  _9/25/2024_

                                     *Arresting officer's signature*

                           KEVIN BEEM  DUSM
                                 *Printed name and title*