# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Laura Fashing, United States Magistrate Judge

Initial Appearance/Show Cause/Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | CR 19-3113 JB | UNITED STATES vs. SANCHEZ | |
| Hearing Date: | October 10, 2024 | Time In and Out: | 9:40 |
| Courtroom Deputy: | N. Maestas | Courtroom: | Rio Grande |
| Defendant: | Luis Sanchez | Defendant's Counsel: | Diego R. Esquibel |
| AUSA: | Elaine Y Ramirez | Pretrial/Probation: | Robert Vigil |
| Interpreter: | | Witness: | |

### Initial Appearance

- [x] Defendant received a copy of charging document
- [x] Court advises defendant(s) of possible penalties and all constitutional rights
- [x] Defendant currently has Court appointed counsel
- [ ] Government moves to detain    [x] Government does not recommend detention
- [ ] Set for _____ on _____ @ _____

### Preliminary/Show Cause/Identity

- [x] Defendant waives Show Cause Hearing
- [x] Court finds defendant violated conditions of release pending revocation hearing as stated on the record    [ ] Court does not find probable cause

### Detention

- [ ] Defendant waives right to contest detention
- [x] Defense counsel asks that Defendant be released to his home with GPS monitoring and curfew component; Officer Vigil recommends release to La Pasada Halfway House; Defense counsel responds; Officer Vigil responds

### Custody Status

- [ ] Defendant
- [x] Conditions of release imposed

### Other

- [ ] Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- [x] Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.
- [x] Matter referred to District Judge for Final Revocation Hearing
- [ ]