AO 442 (Rev. 08/14) Arrest Warrant

UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 1 0 2024

MITCHELL R. ELFERS
CLERK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1084 1:19CR03113-006JB |
| Luis Sanchez | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay (name of person to be arrested) Luis Sanchez

Also Known As: Sanchez, Luis F; Also Known As: Sanchez, Rudy; Also Known As: Sanchez, Luis Fernando; Also Known As: Luis, Sanchez; Also Known As: Payaso,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☒ Order of the Court

This offense is briefly described as follows: On October 3, 2024, the defendant was arrested by the Las Vegas Police Department in Las Vegas, New Mexico and charged with Possession of a Controlled Substance in violation of NMSA 1978 Section 30-31-23(E) (a 4th degree felony), Speed regulation (over by 1 – 10 MPH) in violation of NMSA 1978 Section 66-07-301, and Open container (1st offense – possession) in violation of NMSA 1978 Section 66-08-138(B).

Date: 10/4/2024                                                           _____ for
                                                                                              *Issuing officer's signature*

City and state: Albuquerque, NM                         MITCHELL R. ELFERS, CLERK OF COURT
                                                                                              *Printed name and title*

### Return

This warrant was received on (date) 10/4/2024, and the person was arrested on (date) 10/10/2024
at (city and state) Albuquerque, NM.

Date: 10/10/2024                                                      K. CL
                                                                                              *Arresting officer's signature*

                                                                                              K. BEEM     OUSM
                                                                                              *Printed name and title*