IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**FILED**
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                        No. 19-CR-03113 JB

LUIS SANCHEZ,

      Defendant.

## ORDER MODIFYING CONDITIONS OF RELEASE

THIS MATTER is before the Court on defendant's *Motion to Modify Conditions of Release* [Doc. #925]. The Court has weighed the representations made in the motion and finds the requested modification still will protect the safety of the community and will ensure Mr. Sanchez's appearance at all future court proceedings. The Court also notes that the United States takes no position on the proposed modification, and Mr. Sanchez's Probation Officer approves of the modification.

WHEREFORE IT IS ORDERED, Mr. Sanchez's Condition of Release set by the Court on October 10, 2024 [Doc. #919], will be modified to remove the condition that he remain in the third-party custody of La Pasada Halfway House. Mr. Sanchez is permitted to return to his home. All other conditions, including GPS Monitoring under the curfew component, will remain in effect.

LAURA FASHING
UNITED STATES DISTRICT JUDGE

Submitted on November 14, 2024, by:

    /s/ Diego Esquibel
Diego R. Esquibel
Attorney for Luis Sanchez