AO 442 (Rev. 10/08) Warrant for Arrest

FILED
UNITED STATES DISTRICT COURT
SANTA FE, NEW MEXICO

JAN 1 3 2026

MITCHELL R. ELFERS
CLERK

# UNITED STATES DISTRICT COURT
District of New Mexico

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| v. | Duplicate Original |
| Luis Sanchez | (Pursuant to Rule 41) |
| | Case: 1084 1:19CR03113- 006JB |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Luis Sanchez and bring him or her forthwith to the nearest magistrate judge to answer a petition for

☐ Violation of Conditions of Pretrial Release    ☐ Probation Violation    ☒ Supervision Release Violation

charging him or her
On January 10, 2026, the defendant was arrested by the New Mexico State Police in Las Vegas, New Mexico and charged with Abuse of a Child (Does Not Result in Death or Great Bodily Harm) NMSA 1978 Section 30-6-1D (third degree felony), Criminal Damage to the Property of a Household Member (Over $1,000) NMSA 1978 Section 30-3-18 (fourth degree felony), and Battery Against a Household Member NMSA 1978 30-3-15 (misdemeanor).

WARRANT issued for the defendant's arrest to show cause why the supervision should not be revoked for violation for the conditions of supervision as set by the Honorable James O. Browning in violation of 18 U.S.C. Sec. 3583(e).

I certify that the issuing judge has directed this officer to sign the judge's name on the duplicate original warrant pursuant to Rule 41(e)(3)(D) of the Federal Rules of Criminal Procedure.

| /s/ Honorable Laura Fashing | 01/10/2026 @ 10:29 a.m. |
|---|---|
| Name of Issuing Judge | Date and Time: |

| Albuquerque | Robert A. Vigil |
|---|---|
| Location | United States Probation/Pretrial Services Officer |

| **RETURN** ||
|---|---|
| This warrant was received and executed with the arrest of the above-named defendant ||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| 1/13/26 | SANTA FE DEPUTY USM | L. HARPER |