AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

**FILED**

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 15 2026

MITCHELL R. ELFERS
CLERK

# UNITED STATES DISTRICT COURT

for the

District of New Mexico

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Luis Sanchez | ) | Case No. 19-CR-3113 |
| _Defendant_ | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 1·14·26

_____
_Defendant's signature_

_____
_Signature of defendant's attorney_

Diego Esquibel
_Printed name and bar number of defendant's attorney_

1911 Wyoming blvd 87112
_Address of defendant's attorney_

diego@esquibellaw
_E-mail address of defendant's attorney_

505 275 3200
_Telephone number of defendant's attorney_

505 275 3837
_FAX number of defendant's attorney_