IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                          CRIMINAL NO. 19-CR-3113 -JB

LUIS SANCHEZ,

      Defendant.

**<u>UNOPPOSED MOTION TO CONTINUE REVOCATION HEARING</u>**

The defendant, Luis Sanchez, through his attorney the Esquibel Law Firm, PA (Diego R. Esquibel), hereby moves the Court to continue the Revocation Hearing currently set for May 7, 2026, and reschedule the Revocation Hearing at a time convenient for the Court in 30 days.  As grounds Mr. Sanchez therefore states:

1.  Mr.  Sanchez was brought to Court on or about Janurary 15th on a warrant for violation of supervised release.  He was before for first appearance, at which point he waived his preliminary and detention hearing.

2.  Mr. Sanchez is scheduled for Final Revocation hearing on Thursday, May 7, 2026.   This hearing was scheduled on March 3, 2026. (Doc. 1004).

3.  Mr. Sanchez had a hearing for his state case on April 2, 2026 and that case was dismissed. Undersigned is handling that case and has been working since then to get some type of global resolution done as that case was dismissed without prejudice.

4.  While the Government in this case and the Defense have been in regular contact, it has been more difficult to speak with the State prosecution team.

5.  Undersigned counsel needs time to work with the Federal Government and State prosecutors on possible resolutions.

6. Mr. Sanchez is not prepared to go forward and defend himself against the pending allegations before the court. As allowed under Criminal Procedure Rule 32.1.

7. The Federal Rules of Criminal Procedure require that a revocation hearing be held "within a reasonable time in the district having jurisdiction." FED. R. CRIM. P. 32.1(b)(2).

8. Allowing for the continuance of these matters for up to thirty (30) days would allow Mr. Sanchez time to best prepare for this revocation hearing that is solely based on a new law violation. This continuance to prepare for this hearing and would still allow the hearing to take place within a reasonable time as required by rule.

9. A continuance would also help with judicial economy in both the State and Federal cases.

10. Undersigned Counsel has conferred with Assistant United States Attorney, Elaine Rameriez, and the Government is not opposed to continuing.

WHEREFORE, for the foregoing reasons, Luis Sanchez, through undersigned Counsel, respectfully request that the Court enter an order granting a continuance of the Final Revocation Hearing and reschedule within next thirty (30) Days.

Submitted By:
Esquibel Law Firm

By: */s/ Diego R. Esquibel*
    Diego R. Esquibel
Attorney for Defendant Luis Sanchez
1911 Wyoming Blvd. NE
Albuquerque, NM 87112
(505) 275-3200

I HEREBY CERTIFY THAT on May 6, 2026, I filed the foregoing electronically through the CM/ECF system, which caused interested parties to be served by electronic means.

*/s/ Diego R. Esquibel*

Approved by: Elaine Ramierez, AUSA