## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                            No. CR 19-3113  JB

LUIS SANCHEZ,

      Defendant.

### ORDER GRANTING UNOPPOSED MOTION TO CONTINUE REVOCATION HEARING

This Matter is before the Court on Defendant's Unopposed Motion to Continue Revocation Hearing.  There being good cause shown by the Defendant and there being no objection by the Government or Probation, the Court having considered the motion, being fully advised, **Grants** the request relief.

    **IT IS ORDERED** that the May 7th, 2026 setting is vacated, and is rescheduled for June 8, 2026 at 9:00 a.m.

_____
UNITED STATES DISTRICT JUDGE