UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO

## SENTENCING MINUTE SHEET ON VIOLATION OF SUPERVISED RELEASE

| CR No.: | 19-3113 JB | | USA vs. | PADILLA, et al. |
|---|---|---|---|---|
| Date: | June 8, 2026 | | Name of Deft: | Luis Sanchez |
| Before the Honorable | | James O. Browning | | |

| Time In/Out: | 9:23 a.m. / 10:07 a.m. | | Total Time in Court: | 0:44 | | |
|---|---|---|---|---|---|---|
| Clerk: | C. Padilla | | Court Reporter: | Jennifer Bean | | |
| AUSA: | Raquel Ruiz-Velez | | Defendant's Counsel: | Diego Esquibel, Appointed | | |
| Sentencing in: | ABQ | | Interpreter: | N/A | | |
| Probation Officer: | Charlotte Cde Baca | | Sworn? | | Yes | No |
| Convicted on: | X Plea | Verdict | As to: | MC (not to exceed $1,000) | | |
| Date of Plea/Verdict: | June 8, 2026 | | | | | |

| SENTENCE IMPOSED | Imprisonment (BOP): **6 months.** |
|---|---|

| Supervised Release: | **18 months** | | Probation: | | 500-Hour Drug Program |
|---|---|---|---|---|---|

### SPECIAL CONDITIONS OF SUPERVISION

| X | Parties have reviewed the standard and special conditions listed in the Bruce Notification. | X | Parties have no objections to the conditions listed in the Bruce Notification. |
|---|---|---|---|
| X | Parties waive the reading of conditions. | X | Conditions are imposed as listed in the Bruce Notification to the 12C to include the justification and nexus of the conditions listed. |

| Fine: $ | N/A | | Restitution: $ | N/A | |
|---|---|---|---|---|---|
| SPA: $ | N/A      ($100 as to each Count) | Payment Schedule: | | Due Immediately | Waived |

| OTHER: | |
|---|---|

| X | Advised of Right to Appeal | | Waived Appeal Rights per Plea Agreement |
|---|---|---|---|
| X | Held in Custody | | Voluntary Surrender |
| | Recommended place(s) of incarceration: | | |
| X | Dismissed Counts: | Felony dismissed. | |

| OTHER COMMENTS | Court calls case, parties enter appearances. Court outlines basis for violation and explains charge to Defendant – Defendant represents he understands the charge. Court asks USPO if violation would make revocation mandatory? USPO inform no it does not. Court states maximum possible penalties. Upon Court's inquiry, defense counsel represents Defendant will admit criminal damage but not over $1,000.00. Defendant sworn; Court conducts plea colloquy as to violation; Defendant admits - defense counsel concurs in the guilty plea to same. AUSA declines to provide further factual basis to support allegations as to violation. Defendant and defense counsel acknowledge Govt.'s case could be proven by hearing. Upon Court's inquiry, AUSA, defense counsel and Defendant agree supervision should be revoked. Court concludes that the Defendant has voluntarily, knowingly, intelligently and understandingly admitted to violation, accepts the guilty plea and finds Deft. has violated the conditions of supervised |
|---|---|

release. Defense counsel addresses Court – requests a time served sentence or a guideline sentence and terminate his term or supervised release. Defendant allocutes. USPO-recommends an 8 month sentence with 28 months of supervised release. AUSA-recommends a guideline sentence. Court announces sentence – parties waive the reading of the conditions listed in the Bruce Notification. Nothing further.